IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| KEN NGUYEN AND ANH THU T PHAM,<br>Plaintiffs, | § § § | |
| vs. | § § | Civil Action No. SA:17-CV-00821-DAE |
| LIBERTY INSURANCE CORPORATION<br>AND MATTHEW CARMEN,<br>Defendants. | § § § § | |

### JOINT ADVISORY TO THE COURT REGARDING SETTLEMENT

COME NOW Defendants, Liberty Insurance Corporation and Matthew Carmen, and Plaintiffs, Ken Nguyen and Anh Thu T Pham, and file their Joint Advisory to the Court.

The parties have reached a settlement agreement in this case and anticipate filing a Joint Stipulation of Dismissal within the next fifteen days.

Respectfully submitted,

LINDOW • STEPHENS • TREAT LLP

By: _____
Carrie D. Holloway
State Bar No. 24028270
David R. Stephens
State Bar No. 19146100
700 N. St. Mary's St., Suite 1700
San Antonio, Texas 78205
Telephone: 210.227.2200
Facsimile: 210.227.4602
Email: cholloway@lstlaw.com
*Counsel for Defendant Counsel for Defendant Liberty Insurance Corporation*

THE POTTS LAW FIRM, LLP

By: *[signature: Andrew Woellner w/ permission Carrie D Holloway]*
Andrew A. Woellner
State Bar No. 2406850
Michael J. Bins
State Bar No. 24080792
THE POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone: 713-963-8881
Facsimile: 713-583-5388
awoellner@potts-law.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was electronically filed with the Clerk of the United States District Court for the Western District of Texas, San Antonio Division, and that a true and correct copy of the foregoing instrument will be served upon all counsel of record on this the 9th day of July, 2018.

Andrew A. Woellner
THE POTTS LAW FIRM, LLP
3737 Buffalo Speedway, Suite 1900
Houston, Texas 77098
Telephone: 713-963-8881
Facsimile: 713-583-5388
awoellner@potts-law.com

*[signature]*
Carrie D. Holloway