IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| KEN NGUYEN AND ANH THU T PHAM, §<br>    Plaintiffs, §<br> §<br>vs. §<br> §<br> §<br>LIBERTY INSURANCE CORPORATION §<br>AND MATTHEW CARMEN, §<br>    Defendants. § | CIVIL ACTION NO. 5:17-cv-00821-DAE |

**O R D E R**

Considering the foregoing Rule 41(a) Stipulation of Voluntary Dismissal,

IT IS ORDERED that the above-entitled cause is hereby dismissed with prejudice, with each party to bear its own costs.

SO ORDERED this __22__ day of __August__, 2018, at San Antonio, Texas.

_____
United States District Judge